# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

CITY OF PITTSBURGH,

        Respondent

        v.

FRATERNAL ORDER OF POLICE FORT PITT LODGE NO. 1, (ON-DUTY AND OFF-DUTY PAY FOR EVENTS),

        Petitioner

No. 135 WAL 2015

Petition for Allowance of Appeal from the Order of the Commonwealth Court

## ORDER

**PER CURIAM**

**AND NOW**, this 14th day of September, 2015, the Petition for Allowance of Appeal is **DENIED**.